**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TERRELL MONTIEL MADISON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-363 (MTT)** |
| **Warden WALTER BERRY,** | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff Terrell Madison moves to voluntarily dismiss this case. ECF 23. Because there was no stipulation of dismissal as required by Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Magistrate Judge directed Defendant Berry to respond to the motion. ECF 25. Defendant Berry responded as directed and lodged no objection to the dismissal of this case. ECF 26. Therefore, the Court **GRANTS** Plaintiff's motion to dismiss (ECF 23). This case is **DISMISSED without prejudice**.

**SO ORDERED**, this 29th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT