IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TERRELL MONTIEL MADISON, *

Plaintiff, *

v. Case No. 5:25-cv-00363-MTT-CHW *

WARDEN WALTER BERRY , *

Defendant. *

**J U D G M E N T**

Pursuant to this Court's Order dated September 29, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 29th day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk